FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: agolden@laborlawyers.com

Attorneys for Defendant D. Westwood, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRIS FOTOPOULOS,<br><br>               Plaintiff<br>vs.<br><br>D. WESTWOOD, INC., a Nevada Corporation d/b/a TREASURES; ALI DAVARI, a/k/a DAVID ALI DAVARI; HASSAN DAVARI, a/k/a GEORGE DAVARI, ALSON LEE, ARTHUR KAKARIS, DANNY FALCO, JAMES MCGINNIS; DOES I through X and ROE ENTITIES XI through XX, inclusive,<br><br>               Defendants. | Case No.: 2:08-cv-01367-RCJ-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Dimitris Fotopoulos, by and through his counsel of record, and Defendants D. Westwood, Inc., Ali Davari, Hassan Davari, Alson Lee, Arthur Kakaris, Danny Falco, and James McGinnis ("Defendants"), by and through their counsel of record, that Defendants shall be dismissed

. . .

. . .

. . .

- 1 -

1 | from this action, with prejudice, each party to bear its own attorney's fees and costs.

2 | FISHER & PHILLIPS LLP          GOODMAN LAW GROUP

4 | By  /s/ Anthony B. Golden        By  /s/ Ross C. Goodman
      Mark J. Ricciardi, Esq.            Ross C. Goodman, Esq.
5     Anthony B. Golden, Esq.            520 S. Fourth Street, 2nd Floor
      3800 Howard Hughes Pkwy.           Las Vegas, Nevada 89101
6     Suite 950                          Attorney for Defendants Ali
      Las Vegas, Nevada 89169            Davari, Hassan Davari, Alson
7     Attorney for Defendant             Lee, Arthur Kakaris, Danny Falco
      D. Westwood, Inc. dba Treasures    and James McGinnis

9 | PHUNG H. JEFFERSON

11 | By /s/ Phung H. Jefferson, Esq.
       Phung H. Jefferson, Esq.
12     6847A W. Charleston
       Las Vegas, Nevada 89117
13     Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 12/3/2010